MARY C. WARD, as Administratrix, etc., of WILLIAM H. WARD, Deceased, Respondent, Appellant, v. GENERAL ELECTRIC COMPANY, Appellant, and TONAWANDA POWER COMPANY, Respondent.— Judgment against General Electric Company reversed on questions of fact, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $15,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence on the question of damages and is excessive. Appeal taken by plaintiff as against defendant Tonawanda Power Company dismissed, without costs, upon stipulation filed. All concur.

ANGELO MASSARO, Respondent, v. L. HOUSE & SONS CO., INC., Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to appellant to abide event, on the ground that evidence of certain conversation with the defendant's chauffeur after the accident was improperly received, and the verdict is against the weight of the evidence on the questions of negligence of the parties and the amount of damages. All concur, except Clark, J., who dissents and votes for affirmance.

In the Matter of the Application of WALLACE H. EISS for a Mandamus Order Directed to CHARLES E. SUMMERS and Others, as Water Commissioners of the Village of Williamsville, N. Y.— Motion to amend order of reversal so as to state that it was made as a matter of law and not in the exercise of any discretion denied. [See 205 App. Div. 691.]

In the Matter of the Estate of J. HARVEY CARNEY, Deceased.— Motion for reargument denied, with ten dollars costs.

W. H. DILL CO., INC., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN STRAKER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN EDWARD TEALL, Appellant, v. EUGENE C. ROESER, Respondent.— Motion for reargument denied. Motion to amend order of reversal so as to provide that the Special Term may prescribe terms and conditions of the examination under the provisions of section 294 of the Civil Practice Act granted. [See 206 App. Div. 371.]

ROSE F. ASH, as Administratrix, etc., Respondent, v. EAST AURORA ELECTRIC LIGHT COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

MORRIS DOBOZEN, an Infant, etc., Appellant, v. LOUIS FINK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

COLONIAL CANNING CO., INC., Respondent, v. WESLEY R. GUILE, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ANDREW COCCA, Appellant, v. CHARLES A. TWICHELL and Others, Respondents.— Motion granted and appeal dismissed, with costs.